EXHIBIT 1



# TEAM HURRICANE

2633 Upper James Street South
Hamilton, Ontario  L0R 1W0
(905) 679-2122
(905) 679-2200

# Sales Receipt

| | |
|---|---|
| Transaction #: | 1731 |
| Account #: | 0200044 |
| Page: | 1 of 1 |
| Date: | 7/20/2005 |
| Time: | 11:59:06 AM |
| Cashier: | 3 |
| Register #: | 1 |

**Bill To:** KAL GRONVALL
USA INTERNATIONAL RACEWAY
POBOX 10388
GREEN BAY, WI 54307
414-234-8267

F M

**Ship To:** KAL GRONVALL
USA INTERNATIONAL RACEWAY
POBOX 10388
GREEN BAY, WI 54307
414-234-8267

| Rep | Item Lookup Code | Description | Quantity | Price | Extended |
|---|---|---|---|---|---|
| | CRGKARTC01036 | CRG TORK 4 CYCLE | 12 | $3,595.99 | $43,151.88 |
| | | Discount | | ($819.96) | ($9,839.52) |
| | F1KSPEEDCOMPSR | F1K SPEED 125CC COMPLETE SR. | 12 | $4,825.00 | $57,900.00 |
| | | Discount | | ($630.46) | ($7,565.52) |



$0.20 \times 89502.12 = 17900.42$

Thank you for shopping
TEAM HURRICANE
Please come again!

| | |
|---|---|
| Sub Total | $83,646.84 |
| Sales Tax | $5,855.28 |
| Total | $89,502.12 |
| MMG Tendered | $89,502.12 |
| Change Due | $0.00 |



1731