EXHIBIT 2



# TEAM HURRICANE

2633 Upper James Street South
Hamilton, Ontario L0R 1W0
(905) 679-2122
(905) 679-2200

# Sales Receipt

| | |
|---|---|
| Transaction #: | 1817 |
| Account #: | 0200044 |
| Page: | 1 of 1 |
| Date: | 7/27/2005 |
| Time: | 11:39:16 AM |
| Cashier: | 3 |
| Register #: | 1 |

**Bill To:** KAL GRONVALL
USA INTERNATIONAL RACEWAY
POBOX 10388
GREEN BAY, WI 54307
414-234-8267

**Ship To:** KAL GRONVALL
USA INTERNATIONAL RACEWAY
POBOX 10388
GREEN BAY, WI 54307
414-234-8267

| Rep. | Item Lookup Code | Description | Quantity | Price | Extended |
|---|---|---|---|---|---|
| | DELSECJET50 | SECONDARY JET 50 30MM CARB | 7 | $11.95 | $83.65 |
| | | Discount | | ($3.59) | ($25.13) |
| | DELSECJET52 | SECONDARY JET 52 30MM CARB | 5 | $11.95 | $59.75 |
| | | Discount | | ($3.59) | ($17.95) |
| | 6413-180 | MAIN JET 180 | 12 | $4.99 | $59.88 |
| | | Discount | | ($1.99) | ($23.88) |



| | |
|---|---|
| Sub Total | $136.32 |
| Sales Tax | $20.45 |
| Total | $156.77 |
| MMG Tendered | $156.77 |
| Change Due | $0.00 |

Thank you for shopping
TEAM HURRICANE
Please come again!

U.S. Funds.



1817