

# TEAM HURRICANE

2633 Upper James Street South
Hamilton, Ontario L0R 1W0
(905) 679-2122
(905) 679-2200

# Sales Receipt

| | |
|---|---|
| Transaction #: | 2109 |
| Account #: | 0200044 |
| Page: | 1 of 1 |
| Date: | 8/16/2005 |
| Time: | 10:02:04 AM |
| Cashier: | 14 |
| Register #: | 1 |

**Bill To:** KAL GRONVALL
USA INTERNATIONAL RACEWAY
POBOX 10388
GREEN BAY, WI 54307
414-234-8267

**Ship To:** US INTERNATIONAL RACEWAY
WEST 5901 COUNTY RD N.E.
SHAWANA, WI 54166
414-234-8267

| Item/Stock Code | Description | Quantity | Price | Total |
|---|---|---|---|---|
| MISC-STOCK | CLUTCH PULLER - F1-K | 1 | $59.99 | $59.99 |
| MISC-STOCK | ELECTRIC IMPACT GUN | 1 | $269.99 | $269.99 |
| MISC-STOCK | 17MM SOCKET | 1 | $16.12 | $16.12 |
| MISC-STOCK | 24MM SOCKET | 1 | $14.20 | $14.20 |
| MISC-STOCK | 5MM HEX SOCKET | 1 | $8.96 | $8.96 |



Thank you for shopping
TEAM HURRICANE
Please come again!

| | |
|---|---|
| Sub Total | $369.26 |
| GST | $0.00 |
| PST | $0.00 |
| Total | $369.26 |
| MMG Tendered | $369.26 |
| Change Due | $0.00 |

2109