EXHIBIT 6

## Conditional Sales Agreement

Buyer's Full Name: <u>Kal Gronvall / USA International Raceway</u>
Buyer's Address: <u>PO Box 10388, Green Bay, WI 54307</u>
Co-Buyer's Full Name: _____
Co-Buyer's Address: _____
Dealer: <u>Team Hurricane Inc.</u>
Dealer Address: 2633 Highway #6 S, Hamilton, Ont, L0R 1W0
Finance Company: MMG Finance Corp.
Finance Company's Address: 11 Sydenham St., Dundas, ON L9H 2T5

Dealer sells to you and you buy and agree to pay for the goods described in Schedule A attached hereto and forming part of this Conditional Sales Agreement (the "Goods"), on the terms and conditions of this agreement set forth below:

For a total time price computed as follows:

1. Cash sale delivered price (including all taxes)      $89,502.12 US
2. Amount of down payment                                $ 0
3. Unpaid cash balance (difference between items 1 and 2) $89,502.12 US
4. Official fees, if any                                 $ 0
5. Other charges, if any                                 $ 0
6. Amount financed (add items 3, 4, and 5)               $89,502.12 US
7. Finance Charge (1% per month - annual rate = 12%)     $11,614.09 US
8. Time Balance (Amount of Contract - add items 6 and 7) $101,116.21 US
9. Total Time Price (add items 2 and 8)                  $101,116.21 US
10. Cost of Goods (add items 1,4,5,7)                    $101,116.21 US

Because of the time delays in getting the fleet of F1K karts from the manufacturer to USA International Raceway, it is expedient to approach the terms of this contract in a very practical way. As per our conference call on August 16, 2005, Malcolm McMasters of MMG Finance Corp. agreed with Bruce, Roger and Kal of USA International Raceway to base the monthly payments at the end of the season on 50% of the revenue taken in the months of August, September, and October, 2005. All parties involved agreed to suspend all payments over the winter, off-season months from November through the end of April, 2006 and resume them when the track opens again. These conditions or terms will be in place each year until the karts are paid in full.

You signed this agreement and received a copy on <u>August 22, 2005</u>.
Signature of Buyer <u>Kal Gronvall</u>
Signature of Co-Buyer _____