PROCESS SERVICE   WHEN RECEIVED: 09/05/06

UNPAID              INDIGENT?       DOMESTIC?

SERVE BY: 09/20/06 (20 DAYS)

Parties to the case:
    PLAINTIFF: MMG FINANCIAL CORP

    DEFENDANT: MIDWEST AMUSEMENT LLC

PROCESS TYPE: SM/CIVIL COVER SHEET/CERT OF INTEREST AND COMPLAINT

WHO WAS SERVED: 1) MIDWEST AMUSEMENTS BY ITS AGENT: Kal Gronvall for NAOMI
           ISAACSON
        2) KAL GRONVALL
    RELATIONSHIP:

SERVED BY: Randy Giese        DATE SERVED: 9/15/06

TOWNSHIP/VILLAGE: City of Shawano

RECEIPT # IF APPLICABLE:

RETURN TO: LIEBMAN CONWAY OLEJNICZAK & JERRY
      PO BOX 23200
      GREEN BAY WI  54305-3200


STATEMENT

SHAWANO COUNTY SHERIFF'S DEPARTMENT
405 N MAIN STREET
SHAWANO WI 54166

Date:   September 18, 2006

To:   Liebman Conway Olejniczak & Jerry
      P O Box 23200
      Green Bay WI  54305-3200


For Service of Process on: Kal Gronvall, Naomi Isaacson


            Service Fee  $47.00
            Mileage         .50
            Attempts     141.00

            TOTAL        $188.50

PLEASE REFER TO DOCUMENT NUMBER 12070 WHEN MAKING YOUR PAYMENT.

PAID
CK. NO. 118835
AMT. 188.50
DATE 09-22-06