7160 3901 9849 0771 0495

**TO:** Midwest Amusement, LLC
W5901 County Road BE
Shawano, WI 54166

**SENDER:** CU

**REFERENCE:**

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.87 |
|---|---|---|
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 1.85 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE: SEP 22 2006 GREEN BAY WI 54305 NTN STA USPS