

**INVOICE**

Bay Reporting Service, Inc.

PLEASE REMIT TO:
414 South Jefferson Street
Green Bay, WI 54301
Tel (920) 432-5662
800-424-2224
Fax (920) 432-4504

INVOICE NO.: 71932
INVOICE DATE: 3/28/2007
REPORTER:
CARRIE BOHRER

ID#: 39-1715220

LIEBMANN,CONWAY,OLEJNICZAK & JERRY
231 SOUTH ADAMS STREET
P.O. BOX 23200
GREEN BAY, WI 54301-3200

ATTN: T. WICKHAM SCHMIDT
CASE NAME: MMG FINANCIAL VS MIDWEST AMUSEMENT PARK, LLC
CASE NO. 06-C-929

| Date | Description | Amount |
|---|---|---|
| 3/21/2007 | DEPOSITION OF MALCOLM J. MCMASTER | |
| | 72 PAGES COPY | 122.40 |
| 3/21/2007 | DEPOSITION OF KALMAR G. GRONVALL | |
| | 72 PAGES ORIGINAL AND COPY | 266.40 |
| 3/22/2007 | DEPOSITION OF BRUCE E. SCOTT | |
| | 29 PAGES ORIGINAL AND COPY | 107.30 |
| 3/22/2007 | DEPOSITION OF ROGER R. SINDT | |
| | 16 PAGES ORIGINAL AND COPY | 59.20 |
| | APPEARANCE FEE | 90.00 |
| | | 645.30 |

Total Amount Due    645.30

THANK YOU!!-PLEASE RETURN COPY WITH REMITTANCE

**PAID**
CK. NO. 121204
AMT. 645.30
DATE 03-30-07

OK to pay TWS
200615.088

*COMPLETE COURT REPORTING SERVICES*
*Courtesy conference rooms, compressed transcripts, realtime, speakerphones*