

**INVOICE**

Bay Reporting Service, Inc.

PLEASE REMIT TO:
414 South Jefferson Street
Green Bay, WI 54301
Tel (920) 432-5662
800-424-2224
Fax (920) 432-4504

| | |
|---|---|
| INVOICE NO. : | 52247 |
| INVOICE DATE: | 10/10/2007 |
| REPORTER: | PAULA HUETTENRAUCH |
| ID#: | 39-1715220 |

LIEBMANN, CONWAY, OLEJNICZAK & JERRY
231 SOUTH ADAMS STREET
P.O. BOX 23200
GREEN BAY, WI 54301-3200

ATTN: T. WICKHAM SCHMIDT
CASE NAME: MMG FINANCIAL VS MIDWEST AMUSEMENT PARK
CASE NO. 06-C-929

| Date | Description | Amount |
|---|---|---|
| 10/02/2007 | DEPOSITION OF SCOTT PAAPE | |
| | 121 PAGES ORIGINAL AND COPY | 447.70 |
| 10/02/2007 | DEPOSITION OF NAOMI ISAACSON | |
| | 40 PAGES ORIGINAL AND COPY | 148.00 |
| | APPEARANCE FEE | 150.00 |
| | | 745.70 |
| | **Total Amount Due** | 745.70 |

THANK YOU!!-PLEASE RETURN COPY WITH REMITTANCE



PAID
CK. NO. 123558
AMT. 745.70
DATE 10-12-07

OK to pay
TWS/ks
200615.088

*COMPLETE*
*COURT REPORTING*
*SERVICES*
*Courtesy conference rooms, compressed transcripts, realtime, speakerphones*