UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MMG FINANCIAL CORP.,

    Plaintiff,

v.                                                Case No. 06-C-929

MIDWEST AMUSEMENT PARK, LLC, et al.

    Defendants.

## ORDER

    Plaintiff MMG Financial Corporation ("MMG") has moved for sanctions for the Defendants' failure to respond to its interrogatories. Plaintiff's brief details a series of unproductive interactions he has had in attempting to communicate with Defendants' attorneys about his interrogatories. Evidently none of Defendants' three attorneys was taking responsibility for the discovery of the remaining claims, and this is borne out by the fact that there has been no response to the motion for sanctions. Given the unrefuted scenario described by the Plaintiff, the motion will be granted. Defendants are to provide complete responses to Plaintiff's interrogatories by February 4, 2009. Defendants are further ordered to cooperate with Plaintiff's deposition notices. Defendants are also to pay $900 to Plaintiff for its expenses incurred in bringing the instant motion. Failure to comply may result in additional sanctions, including default judgment. Fed. R. Civ. P. 37(b)(2)(A)(vi).

    Defendants have moved for a stay of the judgment pending appeal. The Plaintiff opposes the motion, noting that (among other things) Defendants have not offered any bond. Fed. R. Civ.

P. 62 requires posting of an appropriate bond, and Defendants have not attempted to explain why a stay should be granted in these circumstances.

Accordingly, the motion for a stay is **DENIED**; the motion for sanctions is **GRANTED**, as set forth above.

**SO ORDERED** this   26th   day of January, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge