UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MMG FINANCIAL CORPORATION,

    Plaintiff,                                              Case No. 06-C-929

    v.

MIDWEST AMUSEMENT PARK, LLC,
d/b/a USA INTERNATIONAL RACEWAY,

DR. R.C. SAMANTA ROY INSTITUTE
OF SCIENCE AND TECHNOLOGY, INC.
d/b/a USA INTERNATIONAL RACEWAY,

U.S. ACQUISITIONS & OIL, INC.
d/b/a USA INTERNATIONAL RACEWAY,

    and

KAL GRONVALL,
d/b/a USA INTERNATIONAL RACEWAY,

    Defendants.

## ORDER DENYING MOTION TO QUASH

The Court having considered the arguments of counsel and for the reasons set forth on the record, **IT IS HEREBY ORDERED** as follows:

1. The stay previously entered in this matter is lifted.

2. The Motion to Quash is denied.

Dated at Green Bay, Wisconsin this __9th__ day of July, 2014.

                                                     s/ William C. Griesbach
                                                     WILLIAM C. GRIESBACH
                                                     Chief U.S. District Judge